STATE OF NEW JERSEY v. HEROD MCLEOD.

October 7, 1976. Certification to Superior Court, Law Division is granted.

STANLEY C. VAN NESS v. REDI-FLO CORPORATION.

October 8, 1976. Certification to Public Utilities Commission is granted.

JAMES P. VREELAND, JR. v.
HON. BRENDAN T. BYRNE, GOVERNOR OF NEW JERSEY.

October 13, 1976. Certification to Superior Court, Law Division is granted.